Circuit Court Baltimore City
807173030

<u>IN THE COURT OF APPEALS</u>
<u>OF MARYLAND</u>

No. 93

September Term, 2014

STATE OF MARYLAND

v.

THOMAS ROYAL

Barbera, C.J.
Battaglia
Greene
Adkins
McDonald
Watts,

JJ.

PER CURIAM ORDER

Filed: August 4, 2015

STATE OF MARYLAND      *     In the

                                 *     Court of Appeals

    v.                           *     of Maryland

                                 *     No. 93

THOMAS ROYAL              *     September Term, 2015

PER CURIAM ORDER

The Court having considered and granted the petition for a writ of certiorari in the above entitled case, it is this 4th day of August, 2015

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals be, and it is hereby, vacated, and the case is remanded to that Court for further consideration in light of State v. Smith, ___Md.___, ___A.3d___ (No. 47, September Term, 2014, filed July 13, 2015). Costs in this Court to be paid by the Respondent and costs in the Court of Special Appeals to abide the result.

/s/ Mary Ellen Barbera
_____
Chief Judge